IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY WINIARSKI | : |
| | : |
| vs. | : |
| | : |
| AMERICAN AIRLINES, INC., et al. | :   NO.  02-2675 |
| | : |
| | : |
| | : |

**PRETRIAL DISCLOSURES OF DEFENDANT,
AMERICAN AIRLINES, INC.**

A.   **DEFENDANT'S WITNESSES:**

   **WITNESSES DEFENDANT EXPECTS TO PRESENT**

   1.   Plaintiff, Mary Winiarski.

   2.   Flight Attendant Alan Pare, Boston, MA.

   3.   Flight Attendant Marshall Banks, Boston, MA.

   4.   Dr. Thomas S. Sacchetti, Ph.D., Philadelphia, PA.

   **WITNESSES WHOM DEFENDANT MAY CALL IF NEED ARISES**

   1.   Dr. John Doherty, Aston, PA.

   2.   Dr. B. Grossinger, Swarthmore, PA.

   3.   Dr. Stephen Conrad, Chester, PA.

   4.   Dr. Jennifer Kogan, Philadelphia, PA.

   5.   Dr. Mark Allen, Philadelphia, PA.

   6.   Dr. Len Finkel, Aston, PA.

   7.   Dr. John Witherell, Chester, PA.

    8.    Dr. Alfred D. DeProphetis, Brookhaven, PA.

    9.    Dr. Albert Iannucci, Aston, PA.

    10.    Dr. R. Sergott, Philadelphia, PA.

    11.    Dr. D. Franklin, Philadelphia, PA.

    12.    Dr. J. Cohen, Philadelphia, PA.

    13.    Passenger in Seat 19A, A. Theokas.

    14.    Passenger in Seat 19B, S. Srinivasan.

    15.    Passenger in Seat 20A, P. Griffiths.

    16.    Passenger in Seat 20C, B. Jefferds.

**B.**     **WITNESSES TO BE PRESENTED BY DEPOSITION:**

The following witnesses, if unavailable, will be presented by deposition.

    1.    Flight Attendant Alan Pare.

    2.    Flight Attendant Marshall Banks.

**C.**     **DOCUMENTS AND EXHIBITS:**

### EXHIBITS EXPECTED TO BE OFFERED

    1.    Expert report of Dr. Thomas Sacchetti.

    2.    Plaintiff's deposition transcript.

    3.    Crew Manifest from Flight 108.

    4.    Passenger Manifest from Flight 108.

    5.    Diagram of A300 Airbus.

    6.    Flight Attendant PA Card.

7. A300 Transition Training Manual.

8. AMR Incident Report dated 9/16/00 prepared by FA Pare.

9. AMR Incident Report dated 9/17/00 prepared by FA Banks.

10. PNR Detail Notes from American Airlines.


## **EXHIBITS WHICH MAY BE OFFERED IF NEED ARISES**

1. Plaintiff's medical records from Magee Rehabilitation Hospital.

2. Plaintiff's medical records from Dr. J. Doherty.

3. Plaintiff's medical records from Dr. B. Grossinger.

4. Plaintiff's medical records from Dr. J. Witherell.

5. Plaintiff's medical records from Dr. W. Schull.

6. Plaintiff's medical records from Dr. J. Rizzo.

7. Plaintiff's medical records from Dr. J. Cohen.

8. Plaintiff's medical records from Dr. M. Ellen.

9. Plaintiff's medical records from Dr. J. Wollman.

10. Plaintiff's medical records from Dr. R. Sergott.

11. Plaintiff's medical records from Dr. L. Finkel.

12. Plaintiff's dental records from Dr. A. DeProphetis.

13. Plaintiff's medical records from Dr. S. Conrad.

14. Plaintiff's medical records from Dr. D. Franklin.

15. Plaintiff's employment records from Nordstrom's.


16. Plaintiff's school records from Garnett Valley High School.

**BENNETT, BRICKLIN & SALTZBURG LLP**

**BY:** _____
**DAVID E. PREWITT, ESQUIRE**
**I.D. NO. 13330**
**1601 Market Street, 16th Floor**
**Philadelphia, PA 19103**
**(215) 665-3303**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY WINIARSKI** | : | |
| | : | |
| vs. | : | |
| | : | |
| **AMERICAN AIRLINES, INC., et al.** | : | NO. 02-2675 |
| | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, David E. Prewitt, Esquire, hereby certify that a true and correct copy of the foregoing Pretrial Disclosures of Defendant, American Airlines, Inc. has been served this date upon all interested counsel by way of United States Regular First Class Mail, postage prepaid, addressed as follows:

>Andrew J. Stern, Esquire
>The Beasley Firm
>1125 Walnut Street
>Philadelphia, PA 19107

**BENNETT, BRICKLIN & SALTZBURG LLP**

BY:_____
**DAVID E. PREWITT, ESQUIRE**
**I.D. NO. 13330**
**1601 Market Street, 16th Floor**
**Philadelphia, PA 19103**
**(215) 665-3303**

DATE:_____