IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
MARY WINIARSKI,                        :       NO. 2:02-cv-02675-WY
            Plaintiff                  :
                                       :
         VS.                           :
                                       :
AMERICAN AIRLINES, INC.,               :
AMR CORPORATION and                    :
AMR EAGLE HOLDING CORPORATION,         :
            Defendants                 :
```

O R D E R

AND NOW, this 12th day of August, 2003, it is ORDERED that a settlement conference is scheduled before the undersigned for Tuesday, September 30, 2003, at 1:30 p.m., in chambers, 3006 United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

The court assumes that settlement of this case is a real possibility. Counsel are directed to notify the court if this assumption is unwarranted.

Counsel of record are directed to appear with their client(s); in the case of an insured corporation, a representative who has settlement authority must be present; in the case of an insurance company, a carrier representative with authority must be present.

It is FURTHER ORDERED that the attached confidential summary sheet should be submitted via fax to 215-597-6125 by noon on the day prior to the conference.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

8/12/03 Copy via fax to:
Andrew J. Stern, Esquire (215-592-8360)
David E. Prewitt, Esquire (215-665-3379)

PRETRIAL/SETTLEMENT CONFERENCE SUMMARY SHEET
(Do not docket this form)

Caption:_____

Civil Action No. _____ District Court Judge: _____

Jury _____     Non-Jury _____     Trial/Pool Date: _____

Counsel:
  Name       _____

  Address    _____

  Phone      _____ Fax _____

  Client      _____

Status of Discovery and Proposed Discovery Schedule: _____
_____
_____

Motions Pending: _____
_____
_____

Case ready for trial on _____      Estimate of time for entire trial _____

Prospect of Settlement:    Excellent _____   Good _____   Fair _____   Must be Tried _____

Other Relevant Matters: _____
_____

Prior Offers/Demands: _____
_____

Special Comments: _____

Attach Synopsis of Case (Limited to one page)