IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY WINIARSKI, | : | NO. 2:02-cv-02675-WY |
|     Plaintiff | : | |
| | : | |
|     VS. | : | |
| | : | |
| AMERICAN AIRLINES, INC., | : | |
| AMR CORPORATION and | : | |
| AMR EAGLE HOLDING CORPORATION, | : | |
|     Defendants | : | |

O R D E R

AND NOW, this 30th day of September, 2003, it is ORDERED that the settlement conference in the above case is rescheduled before the undersigned for Monday, October 20, 2003, at 1:30 p.m., in chambers, 3006 United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

The court assumes that settlement of this case is a real possibility. Counsel are directed to notify the court if this assumption is unwarranted.

Counsel of record are directed to appear with their client(s); in the case of an insured corporation, a representative who has settlement authority must be present; in the case of an insurance company, a carrier representative with authority must be present.

It is FURTHER ORDERED that the attached confidential summary sheet should be submitted via fax to 215-597-6125 by noon on the day prior to the conference.

It is so ORDERED.

BY THE COURT:


_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE


9/30/03 Copy via fax to:
Andrew J. Stern, Esquire (215-592-8360)
David E. Prewitt, Esquire (215-561-6661)

PRETRIAL/SETTLEMENT CONFERENCE SUMMARY SHEET
(Do not docket this form)

Caption:_____

Civil Action No. _____ District Court Judge: _____

Jury _____    Non-Jury _____    Trial/Pool Date: _____

Counsel:
  Name      _____

  Address    _____

  Phone     _____ Fax _____

  Client     _____

Status of Discovery and Proposed Discovery Schedule: _____

_____

_____

Motions Pending: _____

_____

_____

Case ready for trial on _____    Estimate of time for entire trial _____

Prospect of Settlement:   Excellent _____   Good _____   Fair _____   Must be Tried _____

Other Relevant Matters: _____

_____

Prior Offers/Demands: _____

_____

Special Comments: _____

Attach Synopsis of Case (Limited to one page)