IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY WINIARSKI, | : | NO. 2:02-cv-02675-WY |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| AMERICAN AIRLINES, INC., | : | |
| AMR CORPORATION and | : | |
| AMR EAGLE HOLDING CORPORATION, | : | |
| Defendants | : | |

O R D E R

AND NOW, this 7th day of October, 2003, it is ORDERED that the settlement conference in the above case is rescheduled before the undersigned for Wednesday, November 5, 2003, at 10:00 a.m., in chambers, 3006 United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

The court assumes that settlement of this case is a real possibility. Counsel are directed to notify the court if this assumption is unwarranted.

Counsel of record are directed to appear with their client(s); in the case of an insured corporation, a representative who has settlement authority must be present; in the case of an insurance company, a carrier representative with authority must be present.

It is FURTHER ORDERED that the attached confidential summary sheet should be submitted via fax to 215-597-6125 by noon on the day prior to the conference.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

10/7/03 Copy via fax to:
Andrew J. Stern, Esquire (215-592-8360)
David E. Prewitt, Esquire (215-561-6661)

PRETRIAL/SETTLEMENT CONFERENCE SUMMARY SHEET
(Do not docket this form)

Caption:_____

Civil Action No. _____ District Court Judge: _____

Jury _____    Non-Jury _____        Trial/Pool Date: _____

Counsel:
  Name        _____

  Address     _____

  Phone       _____ Fax _____

  Client      _____

Status of Discovery and Proposed Discovery Schedule: _____

_____

_____

Motions Pending: _____

_____

_____

Case ready for trial on _____    Estimate of time for entire trial _____

Prospect of Settlement:   Excellent _____    Good _____    Fair _____    Must be Tried _____

Other Relevant Matters: _____

_____

Prior Offers/Demands: _____

_____

Special Comments: _____

Attach Synopsis of Case (Limited to one page)